# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 269 WAL 2015
:
      Respondent  :
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
      v.  :
:
:
PATRICK J. DOHENY, JR.,  :
:
      Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.